IN THE SUPREME COURT OF THE STATE OF NEVADA

DONALD DOUGLAS EBY,
Appellant,
vs.
CHRISTY THOMPSON,
Respondent.

No. 85609

**FILED**

DEC 14 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

Pursuant to appellant's motion to withdraw this appeal, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Nathan Tod Young, District Judge
       Donald Douglas Eby
       Day R. Williams, Attorney at Law
       Douglas County Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O) 1947

22-39226